GARY M. RESTAINO
United States Attorney
District of Arizona
ABBIE BROUGHTON MARSH
Assistant United States Attorney
California State Bar No. 226680
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: abbie.broughton.marsh@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED ___
RECEIVED ___ COPY ___

APR 1 1 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**REDACTED FOR PUBLIC DISCLOSURE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-23-00563-PHX-SPL (DMF) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. § 115(a)(1)(B) (Threats Against Federal Official) Counts 1-6 |
| Jon Frederick Ewens, | |
| Defendant. | 18 U.S.C. § 875(c) (Interstate Threats) Counts 7-12 |
| | 18 U.S.C. §§ 2261A(2) and 2261(b) (Cyberstalking) Count 13 |

**THE GRAND JURY CHARGES:**

<u>**COUNTS 1-6**</u>

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, JON FREDERICK EWENS, did threaten to murder [Individual 1] with intent to retaliate against [Individual 1] on account of the performance of their official duties, as follows:

| <u>Count</u> | <u>Date</u> | <u>Statement</u> |
|---|---|---|
| 1 | January 17, 2023 | [Individual 1] I am going to kill you. I need three hots and a cot and roof over my head and many other things. Rot in hell you reverse racist pig! |

| Count | Date | Statement |
|---|---|---|
| 2 | March 15, 2023 | [Individual 1] I am going to kill you. |
| 3 | March 15, 2023 | [Individual 1] I am going to kill you. |
| 4 | March 16, 2023 | [Individual 1] I am going to kill you. |
| 5 | March 17, 2023 | [Individual 1] I am going to kill you. I am going to get a straw gun purchase on tucson.craiglist.com and go to the Federal Bigotasulym courthouse and fucking shoot u. U do that because of my skin color. I do not like you. You said I have no right to own a firearm I am going to buy a strawgun and kill you. I do not stand for your kinds reverse racism and bigotry and tolerance of me. |
| 6 | March 17, 2023 | [Individual 1] I am going to buy a strawgun and shoot you. |

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNTS 7-12

On or about the dates listed below, in the District of Arizona and elsewhere, the defendant, JON FREDERICK EWENS, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, by making threats via the Arizona District Court Website to injure and kill [Individual 1], as follows:

| Count | Date | Statement |
|---|---|---|
| 7 | January 17, 2023 | [Individual 1] I am going to kill you. I need three hots and a cot and roof over my head and many other things. Rot in hell you reverse racist pig! |

| Count | Date | Statement |
|---|---|---|
| 8 | March 15, 2023 | [Individual 1] I am going to kill you. |
| 9 | March 15, 2023 | [Individual 1] I am going to kill you. |
| 10 | March 16, 2023 | [Individual 1] I am going to kill you. |
| 11 | March 17, 2023 | [Individual 1] I am going to kill you. I am going to get a straw gun purchase on tucson.craiglist.com and go to the Federal Bigotasulym courthouse and fucking shoot u. U do that because of my skin color. I do not like you. You said I have no right to own a firearm I am going to buy a strawgun and kill you. I do not stand for your kinds reverse racism and bigotry and tolerance of me. |
| 12 | March 17, 2023 | [Individual 1] I am going to buy a strawgun and shoot you. |

In violation of Title 18, United States Code, Section 875(c).

## COUNT 13

Beginning on or about January 17, 2023, and continuing until on or about March 22, 2023, in the District of Arizona and elsewhere, the defendant, JON FREDERICK EWENS, with the intent to kill, injure, harass, and intimidate another person, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that attempted to cause and would reasonably have been expected to cause substantial emotional distress to [Individual 1] and court staff.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: April 11, 2023

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
ABBIE BROUGHTON MARSH
Assistant U.S. Attorney