AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

~~SEALED~~

FILED ___ LODGED
✓ RECEIVED ___ COPY

APR 1 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

United States of America
v.
Jon Frederick Ewens

_____
Defendant

)
)
)   Case No. 23-5138MJ
)
)
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Jon Frederick Ewens,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 875 (c), 18 U.S.C. 2261A(2) and 2261(b)

Date: March 23, 2023 @ 5:32 pm         _/s/ Deborah M. Fine_
                                        Issuing officer's signature

City and state:   Phoenix, AZ           DEBORAH M. FINE
                                        UNITED STATES MAGISTRATE JUDGE
                                        Printed name and title

### Return

| This warrant was received on *(date)* 03/24/2023, and the person was arrested on *(date)* 03/24/2023 |
at *(city and state)*   SCOTTSDALE, AZ.

Date: 03/24/2023                        _/s/_
                                        Arresting officer's signature

                                        U.S. MARSHAL SERVICE
                                        Printed name and title